UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**UNITED STATES OF AMERICA**

v.   401CR092

**DOMINGO HERNANDEZ-TOLEDO**

## ORDER

Defendant Domingo Hernandez-Toledo's expunction motions (doc. ## 71 & 72) are *DENIED* in light of this Court's Order at doc. # 74.

This _2_ day of June, 2008.


_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA